Not for Publication

**United States District Court**
**for the District of New Jersey**

| | |
|---|---|
| In re:<br><br>NICHOLAS ELIAN and MARTHA MIQUEO-ELIAN,<br><br>*Debtors* | Case No. 10-49482 (DHS)<br><br>Adv. Proc. No. 11-02088 (DHS) |
| FRANK BERTUCCI,<br><br>*Appellee/Plaintiff*,<br>v.<br><br>NICHOLAS ELIAN,<br><br>*Appellant/Defendant*. | Civil No. 15-242 (KSH)<br><br>**Opinion** |

For the reasons stated in the opinion filed herewith,

**IT IS** on this 2nd day of September, 2015

**ORDERED** that the Bankruptcy Court's order dated July 14, 2014 is affirmed.

The Clerk of the Court is directed to close this case.

/s/Katharine S. Hayden
Hon. Katharine S. Hayden

1